UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WING CHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALGREEN CO,<br><br>　　　　Defendant. | Case No. 14-cv-05360-JD   (JSC)<br><br>**AMENDED NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 18 |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　　The above matter was referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

　　You are hereby notified that a Settlement Conference is scheduled for **May 15, 2015, at 11:00 a.m.**, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　1.　　Counsel shall ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference.  Counsel shall cooperate in providing discovery informally and expeditiously.

　　2.　　Lead trial counsel shall appear at the Settlement Conference with the parties.  Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.  A person who needs to call another person not present before agreeing to any settlement does not have full authority.

　　3.　　Personal attendance of a party representative will rarely be excused by the Court. To seek to excuse a party from personally attending a settlement conference, counsel for that party

1  shall meet and confer with counsel for all other parties to determine if there are any objections to
2  the moving party's absence.  Counsel must then lodge a letter with the Court, with copies to all
3  parties, seeking to excuse the party's participation.  The letter shall recite the reasons for seeking
4  the party's absence, as well as whether the other parties agree or object to the request and the
5  reasons for any objection.  The application to excuse a party must be lodged no later than the
6  lodging of the Settlement Conference Statement.

7    4. Each party shall prepare a Settlement Conference Statement, which must be
8  LODGED with the undersigned's Chambers (NOT electronically filed) no later than seven (7)
9  calendar days prior to the conference.  Please 3-hole punch the document at the left side.

10    5. Each party shall also submit their Settlement Conference Statement in .pdf format
11  and email their statement to JSCPO@cand.uscourts.gov.

12    6. The Settlement Conference Statement shall be served on opposing counsel.  Any
13  party may submit an additional confidential statement to the Court.  The contents of this
14  confidential statement will not be disclosed to the other parties.

15    7. The Settlement Conference Statement shall include at least the following:
16      a. A brief statement of the facts of the case.
17      b. A brief statement of the claims and defenses including, but not limited to,
18        statutory or other grounds upon which the claims are founded, and a candid
19        evaluation of the parties' likelihood of prevailing on the claims and defenses;
20        and a description of the major issues in dispute.
21      c. A summary of the proceedings to date and any pending motions.
22      d. The relief sought.
23      e. Any discrete issue that, if resolved, would facilitate the resolution of the case.
24      f. The party's position on settlement, including present demands and offers and a
25        history of past settlement discussions.

26    8. The parties shall notify Chambers immediately at (415) 522-2172 if this case settles
27  prior to the date set for the Settlement Conference.

28  **IT IS SO ORDERED.**

Dated: April 1, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge